UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                Case No. 12-CR-189 (RTR)

JESSICA TALSKY,

        Defendant.
_____

**NOTICE OF APPEARANCE AND DISCLOSURE STATEMENT**

Pursuant to Local Criminal Rule 12.4, notice and disclosure is hereby provided that JESSICA TALSKY, the individual defendant in the above-referenced matter, is represented by FEDERAL DEFENDER SERVICES OF WISCONSIN through undersigned counsel.

Dated at Milwaukee, Wisconsin, this 20th day of May, 2013.

        Respectfully submitted,

        **/s/   Juval O. Scott**
        Juval O. Scott, Bar No.
        FEDERAL DEFENDER SERVICES
            OF WISCONSIN, INC.
        517 E. Wisconsin Avenue, Room 182
        Milwaukee, Wisconsin 53202
        Telephone: 414-221-9900
        Fax: 414-221-9901
        E-mail: juval_scott@fd.org

        Counsel for Jessica Talsky