# United States District Court
### EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **WILLIAM E. CALLAHAN, JR.**, presiding. | Deputy Clerk: Brenda |
| DATE: **September 10, 2013** | Court Reporter: |
| CASE NO. **12-CR-189** | Time Called: 9:30:40 |
| UNITED STATES v. **JESSICA TALSKY** | Time Concluded: 9:46:06 |
| PROCEEDING: **CONTINUATION OF BOND HEARING** | |

UNITED STATES by: **Erica O'Neil**

    Probation Officer:   Alicia Jones

    Interpreter:

DEFENDANT: **Jessica Talsky**, in person, and by

ATTORNEY:   **Juval Scott**

---

Court gives background of case

Pretrial officer Alicia Jones statements to the court

    - the detection of heroin based on the test would have been recent use by the deft

Defense counsel statements to the court

    - test at Meta house - tested negative for drugs

    - 28th sample tested positive for methadone

    - contamination of the results is possible

    - deft's motion to travel is withdrawn by defense counsel

    - propose that deft remain on bond any missed test or positive test going forward would result in revocation of her bond

Govt concur that any further violations that deft should be detained

    - not requesting revocation of deft's bond at this time

    - deft should not be traveling at this time

    - any further positive test, any miss testing, any further violations bond would be revoked

Pretrial concur with proposal

Court grants motion by defense counsel to withdraw motion to travel

- Court will revoke deft 's bond if deft takes heroin - she will go to jail

- if deft don't show up for her test she will be revoked

- if deft test positive she will be revoked