# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 0757 2:12CR00189 - 7 |
| Jessica Fay Talsky | ) | |
| | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

      YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jessica Fay Talsky
, who is accused of an offense violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☒ Pretrial Release Violation Petition

☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violations of the conditions of pretrial 18 U.S.C. §3148

Date: October 3, 2013

*Issuing officer's signature*

City and State: Milwaukee, Wisconsin

JON W. SANFILIPPO, Clerk, U.S. District Court
By: B.D. Ferrill, Deputy Clerk
*Printed Name and title*

### Return

This warrant was received on *(date)* 10/7/13, and the person was arrested on *(date)* 10/4/13
at *(city and state)* Milwaukee, WI

Date: 10/4/13

*Arresting officer's signature*

*Printed Name and title*