# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br>v.<br><br>JESSICA TALSKY,<br>                              Defendant. | Case No. 12-CR-189-7-JPS<br><br><br><br>**ORDER** |

On October 27, 2016, the defendant filed a motion for early termination of her supervised release. (Docket #489). The Court may terminate supervised release after one year of supervision "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The defendant began her supervision in 2014, so termination is permissible at this time. *See* (Docket #346). She is scheduled to be discharged from supervised release on February 19, 2017. *Id.*

The probation office reports that the defendant has committed a number of violation of the terms of her supervised release, including failing drug tests, violating terms of location monitoring, and failing to attend classes required for her to complete her cognitive intervention program. (Docket #490). Both the probation office and the United States Attorney oppose the defendant's request for early termination of her supervised release. *Id.* In light of her violations and the short time remaining on her term of supervised release, the Court will deny the defendant's motion. The Court will not, as the probation office requests, revisit the issue of the defendant's study-abroad trip to Guatemala; Judge Randa's May 23, 2016 order will stand in that regard. *See* (Docket #482).

Accordingly,

**IT IS ORDERED** that the defendant's motion for early termination of supervised release (Docket #489) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 5th day of December, 2016.

BY THE COURT:

s/ *J. P. Stadtmueller*
J.P. Stadtmueller
U.S. District Judge